October 31, 2013



# JUGDMENT

# The Fourteenth Court of Appeals

NJOKU KRISS, TIESHA HAMILTON AND/OR ALL OCCUPANTS, Appellants

NO. 14-13-00469-CV                          V.

WATERFALL PARKS APTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 13, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Njoku Kriss, Tiesha Hamilton and/or All Occupants, jointly and severally.

We further order this decision certified below for observance.